**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61838-BLOOM/White**

MARCUS ESTIMAR,

      Petitioner,

v.

JUDICIAL OFFICER MERRIGAN
EDWARD,

      Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

      **THIS CAUSE** is before the Court upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. [1], filed on August 8, 2018 ("Petition"). The Petition was previously referred to the Honorable Patrick A. White for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On August 29, 2018, Judge White issued a R&R recommending that the Petition be dismissed for lack of jurisdiction. ECF No. [9]. The R&R also stated that Petitioner could file any objections within fourteen days of receipt of a copy of the R&R. To date, Petitioner has not filed objections, nor has Petitioner sought additional time in which to do so.

      The Court has conducted a *de novo* review of Judge White's R&R, the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge White's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in Judge White's R&R and concludes that the Petition must be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1.      Magistrate Judge White's R&R, **ECF No. [9]**, is **ADOPTED**;

2.      The Petition, **ECF No. [1]**, is **DISMISSED FOR LACK OF JURISDICTION**;

3.      All pending motions are **DENIED AS MOOT**; and,

4.      The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Marcus Estimar, *pro se*
571405062
Broward County Main Jail
Inmate Mail/Parcels
555 SE 1st Avenue
Fort Lauderdale, Florida 33301